429 A.2d 745

Feingold, Appellant v. Greenstone et al.

■■■■■■■■■■■■■

■■■■ Argued March 10, 1980. Joseph Mellace, for appellant; Aaron I. Rappeport, for Greenstone et al., appellees; Francis P. Devine, III, for Magil, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.

■■■■■■

429 A.2d 746

Kerschner v. Kistler, Appellant.

■■■■■■■■■■■■

■■■■■■■■■ Submitted March 21, 1980. Charles W. Stopp, for appellant; Robert A. Weinert, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.